**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Robert Jackson, | ) | Case No. 22-12833 |
| | ) | |
| Debtor. | ) | Judge Barnes |

**NOTICE OF MOTION**

TO:   Marilyn Marshall, Chapter 13 Trustee (via Electronic Court Notice)

PLEASE TAKE NOTICE that on December 1, 2022 at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Barnes, or any Judge sitting in that Judge's place **either** in courtroom 744 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn St., Chicago, IL 60604 **or** electronically as described below, and present the Attorney's Application for Chapter 13 Compensation, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or telephone.
**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.
**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.
**Meeting ID and passcode.** The meeting ID for this hearing is 161 329 5276 and the passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the court's web site.
**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ David H. Cutler

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he served a copy of this notice and the attached motion on the Trustee by electronic court notice on November 18, 2022.

/s/ David H. Cutler

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Robert Jackson, | ) | Case No. 22-12833 |
| | ) | |
| Debtor. | ) | Judge Barnes |

## MOTION TO EXTEND TIME TO FILE DEBTOR'S REMAINING SCHEDULES, PLAN, AND OTHER DOCUMENTS

NOW COMES the Debtor(s), Robert Jackson, by and through the Debtor's attorneys, Cutler & Associates, Ltd., and move(s) this Court to grant the Debtor until December 1, 2022 to file the remaining Schedules and other documents. In support of this Motion, the Debtor respectfully states and alleges as follows:

1. The Debtor filed the petition for relief under Chapter 13 of the United States Bankruptcy Code on November 3, 2022.

2. The Debtor's remaining schedules and other documents would, in absence of this motion be due on November 17, 2022.

3. The Debtor needs additional time to provide documents and review the remaining schedules, plan, and other documents with the Debtor's attorneys before they can be filed.

4. The Debtor, therefore, requests that the Debtor be granted until December 1, 2022 to file the remaining Schedules and other documents.

WHEREFORE, the Debtor(s), Robert Jackson, prays for the following relief:

A. That the Debtor be granted until December 1, 2022 to file the remaining schedules, plan, and other documents; and

B. For such other and further relief as this Court deems equitable and just.

Respectfully Submitted,

Dated: November 18, 2022

By: /s/ David H. Cutler
One of the attorneys for the Debtor(s)

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600